PJS:DBS:jm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND DREW N. DELENICK, REVENUE OFFICER, INTERNAL REVENUE SERVICE, | : <br> : <br> : <br> : CIVIL NO.: 1:14-CV-1995 <br> : |
| Plaintiffs, <br> V. <br> MICHAEL E. RITCHEY, <br> Defendant | : (Judge Rambo) <br> : <br> : <br> : <br> : <br> : <br> : |

**CERTIFICATION OF DEFENDANT'S COMPLIANCE**

The United States of America and the Internal Revenue Service, through undersigned counsel, certify that the defendant, Michael E. Ritchey, has complied with the Internal Revenue Summons, and produced the information sought by way of the aforementioned Internal Revenue Summons.   Therefore, the Government believes that no further action is required in this matter.

WHEREFORE, the United States respectfully requests that the Court enter an order closing this case.

Date: October 31, 2014

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/ D. Brian Simpson
D. BRIAN SIMPSON
Assistant U.S. Attorney
Attorney I.D. No. OH 0071431
U.S. Attorney's Office
228 Walnut Street, Suite 220
Harrisburg, PA 17108-1754
Phone: 717-221-4482
Fax: 717-221-2246
D.Brian.Simpson@usdoj.gov

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.   That on this 8th day of April, 2013, she served a true and correct copy of the foregoing

## CERTIFICATION OF DEFENDANT'S COMPLIANCE

by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the places and addresses stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail in Harrisburg, Pennsylvania.

Addressee:

Michael E. Ritchey
1814 Penn Street
Harrisburg, PA   17108

        /s Jodi Matuszewski
        Jodi Matuszewski
        Legal Assistant